FILED
MAY 25 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Latonya M. Bradley, )
)
    Plaintiff, )
)
v. ) Civil Action No. 11 ,970
)
Federal Bureau of Investigation, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a District of Columbia resident, sues the Federal Bureau of Investigation for allegedly failing "to protect a citizen from violation of the color of law done by a Judge Noel T. Johnson in D.C. Superior Court who is a conspiracy of silence to child abduction, frabricated [sic] evidence, violation of [constitutional rights] [and] deprivation of rights that others have and Tort." Complaint.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

                                                  /s/
                                      United States District Judge

DATE: May 18, 2011